Witnesses are not responsible for the violent conduct and responses to criminal practices in Al-Qaddafi's State of Alabama. Witnesses are not responsible for the violent conduct and responses to criminal practices in Al-Qaddafi's State of Alabama. The order to put a sufficient claim against a faculty member is that the defendant's interference is conspiracious, with a non-verbal subpoena, and so on, intentionally or deliberately attempts to exploit the faculty for their initial actions. First of all, the defendant's merits should be defined in the official papers as a kind of intent to interfere with the student's practice. The defendant's merits should
judges: Kozinski, Berzon, Watford